IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00718-LTB-KLM

CONNIE CHAVEZ,

    Plaintiff(s),

v.

LANDMARK COMMUNITY NEWSPAPERS, INC.,  and
EVERGREEN NEWSPAPER GROUP,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Plaintiff's **Unopposed Motion for Extension of Time** [Doc. No. 15; filed September 10, 2007] and the Parties' **Joint Motion to Vacate Settlement Conference as Premature** [Doc. No. 16; filed September 11, 2007].

    IT IS HEREBY **ORDERED** that the Plaintiff's **Unopposed Motion for Extension of Time** [Doc. No. 15; filed September 10, 2007] is **GRANTED.**  No further extensions will be granted. The Scheduling order will be amended as follows:

    The Parties shall designate all experts and provide opposing counsel with all information specific in Fed. R. Civ. P. 26(a)(2) on or before October 15, 2007.

    The Parties shall designate all rebuttal experts and provide opposing counsel with all information specific in Fed. R. Civ. P. 26(a)(2) on or before November 15, 2007.

    IT IS HEREBY **ORDERED** that the Parties' **Joint Motion to Vacate Settlement Conference as Premature** [Doc. No. 16; filed September 11, 2007] is **GRANTED**.  The Settlement Conference currently set for September 18, 2007 is **VACATED** and **RESET** for **November 8, 2007** at **1:30 p.m.**  The conference will take place in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado

    Counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate all

terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency.  If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."  **This requirement is not fulfilled by the presence of counsel**.

In exceptional circumstances, a party's appearance by phone may be approved by Chambers.  Any party seeking such relief should confer with opposing counsel before contacting Chambers directly at (303)-844-4892.

No person is ever required to settle a case on any particular terms or amounts. However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side.

In order that productive settlement discussions can be held, counsel shall prepare and submit **by email** settlement documents to the Magistrate Judge.  The Judge recommends, but does not require, that the parties also submit settlement documents to opposing counsel.  The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and may present a demand or offer.  These documents should be intended to persuade the clients and counsel on the other side.

The document to be emailed to the Magistrate Judge (<u>not</u> submitted for filing to the court) at *Mix_Chambers@cod.uscourts.gov*, in accordance with the electronic filing procedures of this court, shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement.  The settlement documents shall be submitted **no later than five business days** prior to the date of the settlement conference. Statements and exhibits consisting of more than 30 pages are to be submitted to Chambers in hard copy via regular mail or hand delivery.

Anyone seeking entry to the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. *See* D.C. Colo.LCIVR.83.2B.  Failure to comply with this requirement will result in denial of entry to the courthouse.

Dated:  September 17, 2007