IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00718-LTB-KLM

CONNIE CHAVEZ,

Plaintiff(s),

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., and
EVERGREEN NEWSPAPER GROUP,

Defendant(s).

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Parties' **Joint Motion to Amend Date of Settlement Conference** [Docket No. 23; filed November 1, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The settlement conference currently set for **November 8, 2007** is **VACATED** and **RESET** for **December 4, 2007** at **3:30 p.m.**

It is further **ORDERED** that counsel shall have parties present who shall have full authority to negotiate **all** terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

No person is ever required to settle a case on any particular terms or amounts.

However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorneys' fees and costs for any opposing party.

It is further **ORDERED** that all parties shall submit their respective confidential settlement statements no later than five (5) business days prior to the settlement conference date. Each statement should contain the following:

1. A candid assessment of the case from the presenter's point of view;
2. A summary of the evidence which supports the party's claims and/or defenses.
3. Comments about any perceived weaknesses in the case;
4. Present a demand or offer each party will accept or pay in settlement (including any essential non-economic terms); and
5. Any observations or additional information which would be helpful to the magistrate judge in assisting the parties to negotiate a settlement.

Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*i.e.* depositions transcripts, exhibits) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order". Parties not participating in ECF shall submit all materials as hard copies.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: November 6, 2007