IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00718-LTB-KLM

CONNIE CHAVEZ,

    Plaintiff(s),

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., and
EVERGREEN NEWSPAPER GROUP,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Parties' **Joint Motion to Amend Scheduling Order** [Docket No. 28; filed December 10, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order will be amended as follows:

The discovery deadline will be extended to **February 15, 2008**.

The dispositive motion deadline will be extended to **March 17, 2008**.

All other deadlines will remain the same.

Dated: December 18, 2007