IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00718-LTB-KLM

CONNIE CHAVEZ,

    Plaintiff(s),

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., and
EVERGREEN NEWSPAPER GROUP,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion to Amend Scheduling Order** [Docket No. 35; filed February 8, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order will be modified as follows:

    The Discovery Deadline will be extended to **March 31, 2008**.

    The Dispositive Motion Deadline will be extended to **April 30, 2008**,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference currently set for March 14, 2008 is **vacated** and **RESET** to **April 30, 2008** at **10:00 a.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The proposed final pretrial order must be filed on or before **April 15, 2008**.

    Dated: February 12, 2008