IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00718-LTB-KLM

CONNIE CHAVEZ,

    Plaintiff(s),

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., and
EVERGREEN NEWSPAPER GROUP,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order** [Docket No. 39; filed March 27, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order is amended as follows:

The discovery deadline is extended to **April 10, 2008**.

All other deadlines remain the same.

Dated: March 28, 2008