IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00718-LTB-KLM

CONNIE CHAVEZ,

    Plaintiff(s),

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., and
EVERGREEN NEWSPAPER GROUP,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendants' Unopposed Motion for Protective Order** [Docket No. 43; filed March 31, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

Dated: April 1, 2008